# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| ERIC J. KELLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV410-187 |
| | ) |
| (PHS )PRISON HEALTH SERV. | ) |
| CHATHAM COUNT DET. CENTER | ) |
| 1050 CARL GRIFFIN DR. | ) |
| SAVANNAH, GA 3405, | ) |
| | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

Plaintiff Eric J. Kelly has filed this 42 U.S.C. § 1983 prisoner conditions action alleging that defendant Prison Health Services has deprived him of necessary medical care. Doc. 1 at 5-6. While the Court has granted him leave proceed *in forma pauperis* and he has submitted his IFP forms, docs. 3-5, nevertheless the Court, upon further review, **ORDERED** him to show cause why this case should not be dismissed for deliberately misleading this Court. Doc. 6. It warned that

[i]f plaintiff fails to respond adequately within fourteen days of this Order, his claim will likely be dismissed without prejudice for his abuse of the judicial process. *See Morefield v. DuPree*, No. CV607-054, 2008 WL 5100926 at * 3 (S.D. Ga. Dec. 3, 2008) (dismissing action without prejudice where plaintiff abused the judicial process by providing dishonest information about his prior filing history); *Gillilan v. Walker*, No. CV106-184, 2007 WL 842020 at *1 (S.D. Ga. Mar. 15, 2007) (same).

Doc. 6 at 5 (Order entered Sep. 15, 2010).

Because Kelly has failed to respond, his complaint should be **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e)(2)(a) and Fed. R. Civ. P. 11, and this action should count as a § 1915(g) strike.

**SO REPORTED AND RECOMMENDED** this 18TH day of October, 2010.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA