FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 NOV 17 AM 10: 32

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ERIC J. KELLY, )
)
    Plaintiff, )
)
v. ) CASE NO. CV410-187
)
PRISON HEALTH SERVICES AND )
CHATHAM COUNTY SHERIFF'S )
DEPARTMENT, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which no objections have been filed.[1] After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 17th day of November 2010.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court has reviewed Plaintiff's letter to the Court. (Doc. 9.) However, the letter fails to offer any explanation for Plaintiff's failure to list his numerous previous lawsuits, thus ignoring the Magistrate Judge's order to show cause why Plaintiff's complaint should not be dismissed (Doc. 6).